```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  KIMBERLY A.KELLY
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, CA   93721
    Telephone: (559) 497-4000
 5

 6

 7

 8                  UNITED STATES DISTRICT COURT

 9                  EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA    ) Case No. 1:08-cr-00175 LJO
                                )
12              Plaintiff,      ) STIPULATION AND ORDER
                                ) FOR CONTINUANCE
13          v.                  )
                                )
14  ANTONIO RANGEL, et al,      )
                                )
15              Defendants.     )
    _____)
16
```

17      IT IS HEREBY STIPULATED by and between Lawrence G. Brown,

18  Acting United States Attorney and Kimberly A. Sanchez, Assistant

19  U.S. Attorney and Jack Revvill, Ian Heuston, Preciliano Martinez,

20  and Robert Forkner, attorneys for defendants, move for the

21  evidentiary hearing on defendants' motion to suppress currently

22  set for January 30, 2009 at 1:30 p.m. to be continued to February

23  27, 2009 at 1:30  p.m.

24      There is potential <u>Brady</u>/ <u>Giglio</u> material for one or more

25  witnesses in this case that has not been sufficiently developed.

26  The government anticipates receiving such information in one to

27  two weeks.

28  //

```
Dated: January 29, 2009              Respectfully submitted,

                                     LAWRENCE G. BROWN
                                     Acting United States Attorney

                                By    /s/ Kimberly A. Sanchez
                                     KIMBERLY A. SANCHEZ
                                     Assistant U.S. Attorney

Dated: January 29, 2009               /s/ Jack Revvill
                                     JACK REVVILL
                                     Attorney for Antonio Rangel


Dated: January 29, 2009               /s/ Ian Heuston
                                     IAN HEUSTON
                                     Attorney for Juan Rangel

Dated: January 29, 2009               /s/ Preciliano Martinez
                                     PRECILIANO MARTINEZ
                                     Attorney for Javier Lara

Dated: January 29, 2009               /s/ Robert Forkner
                                     ROBERT FORKNER
                                     Attorney for Oscar Rivera-
                                     Lopez
```

GOOD CAUSE EXISTS TO CONTINUE THE HEARING PURSUANT TO THE STIPULATION.  TIME IS EXCLUDED DUE TO PENDING MOTIONS.

IT IS SO ORDERED.

**Dated:   January 29, 2009**              **/s/ Lawrence J. O'Neill**
                                     UNITED STATES DISTRICT JUDGE